IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

            Plaintiff,

v.                                                                                    CIVIL ACTION NO.   3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

            Defendants.

**ORDER**

On January 28, 2020, Plaintiff Mary Durstein filed a motion for an order declaring that the defendants have admitted certain pleaded facts and waived certain affirmative defenses due to their failure to file answers to Durstein's Amended Complaint. Two days later, the defendants filed their Answers to Durstein's Amended Complaint. ECF Nos. 63, 64. The Court therefore **DENIES AS MOOT** Durstein's Motion, ECF No. 60. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

            ENTER:       February 11, 2020

            ROBERT C. CHAMBERS
            UNITED STATES DISTRICT JUDGE