# In the United States District Court
# For the Southern District of West Virginia
# Huntington (Division 3)

|  |  |  |
|---|---|---|
| | ( | |
| | ( | No. 3:19-cv-00029 |
| **MARY DURSTEIN,** | ( | |
| | ( | |
| Plaintiff, | ( | **Plaintiff Durstein's motion for leave to** |
| | ( | **file supplemental complaint** |
| | ( | |
| | ( | |
| v. | ( | |
| | ( | |
| | ( | |
| **TODD ALEXANDER,** *et al.*, | ( | |
| | ( | |
| Defendants. | ( | |

Plaintiff Mary Durstein hereby moves for leave under Rule 15 of the Federal Rules of Civil Procedure to file her supplemental complaint, a copy of which accompanies this motion.

Should the Court deem some portion of the proposed Supplemental Complaint to function as a proposed amended complaint, Durstein moves under Rule 15 to allow the Supplemental Complaint to include it.

The grounds for this motion are explained in the accompanying memorandum in support, which is incorporated here by reference.

Respectfully submitted,

/s Michael S. Bailey
Michael S. Bailey (W.Va. Bar No. 8507)
BAILEY LEGAL SERVICES PLLC
642 Main Street, Suite 201
P.O. Box 347
Barboursville, WV  25504
Tel:  304.736.0801
Fax:  304.736.0805
Email:  mbailey@baileylegalservices.com

*Counsel for Mary Durstein*

/s David Marburger
David Marburger
MARBURGER LAW LLC
14700 Detroit Avenue, Suite One
St. Charles Court
Cleveland, OH  44107
Tel:  216.930.0500
Email:  david@marburger-law.com

*Of Counsel for Mary Durstein*

CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Mary Durstein, served the foregoing *Motion for leave to file a supplemental complaint* by electronically filing a copy of the same with the Clerk of the Court using the CM/ECF system on this 17th day of March, 2020 to:

| | |
|---|---|
| Kelli D. Talbott<br>Senior Deputy Attorney General<br>Office of the W. Virginia Attorney General<br>812 Quarrier Street, Second Floor<br>Charleston, W. Virginia  25301<br>Tel:  304.557.8989<br>Fax:  304.558.4509<br>Email:  kelli.d.talbott@wvago.gov<br><br>*Counsel for State Superintendent of<br>Schools, W. Virginia Dept. of Education* | Perry W. Oxley<br>David E. Rich<br>Eric D. Salyers<br>Oxley Rich Sammons<br>517 9th Street, P.O. Box 1704<br>Huntington, W. Virginia 25718-1704<br>Tel:  304.522.1138<br>Fax:  304.522.9528<br>Email: poxley@oxleylawwv.com<br>Email:  drich@oxleylawwv.com<br>Email:  esalyers@oxleylawwv.com<br><br>*Counsel for Todd Alexander &<br>Cabell County Board of Education* |

If West Virginia law requires serving another section of the Office of the West Virginia Attorney General due to the proposed supplemented count 4, counsel promptly will serve that other section with a copy of this motion, its supporting memorandum, and the proposed supplemental complaint.

/s David Marburger
David Marburger