## In the United States District Court
## For the Southern District of West Virginia
## Huntington (Division 3)

|  |  |
|---|---|
| MARY DURSTEIN, | No. 3:19-cv-00029 |
| Plaintiff, | Plaintiff Durstein's memorandum in support of motion for leave to file supplemental complaint |
| v. |  |
| TODD ALEXANDER, *et al.*, |  |
| Defendants. |  |

Rule 15(d) of the Federal Rules of Civil Procedure authorizes a party to supplement a pleading by moving for leave to file it. The supplemental pleading is to aver any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.

A supplemental pleading may join a new claim arising from the new transaction, occurrence, or event. Wright & Miller, 6A Fed. Prac. & Proced. § 1506 (3d ed.).

The supplemental pleading also may include averments to correct an alleged defect in the pleading to be supplemented, augmenting a prior pleaded claim. Fed.R.Civ.P. 15(d); <u>Franks v. Ross</u>, 313 F.3d 184, 198, 199 (4th Cir. 2002).

The standard for adjudicating a motion for leave to supplement a pleading is essentially the same liberal standard that governs a motion for leave to file an amended complaint. In either situation, the "leave should be granted, and should be denied only

where good reason exists . . ., such as prejudice to the defendants." <u>Franks</u>, 313 F.3d at 198 n.15 (4th Cir. 2002) (ellipsis in original; citation and quotation marks omitted).

The 4th Circuit has resoundingly endorsed allowing supplemental pleadings. The court observed that a supplemental pleading is "a useful device, enabling a court to award complete relief, or more nearly complete relief, in one action, and to avoid the cost, delay and waste of separate actions which must be separately tried and prosecuted." <u>New Amsterdam Cas. Co. v. Waller</u>, 323 F.2d 20, 28 (4th Cir. 1963).

The court added that supplemental pleadings should be allowed "as a matter of course." <u>Waller</u>, 323 F.2d at 28-29.

Here, Durstein filed her amended complaint as of right in late February, 2019. (ECF 20.)

Each defendant moved to dismiss under Rule 12(b)(6) in late March, 2019. (ECFs 26, 28, 24.)

While those motions were pending, the court stayed discovery, and then adjudicated those motions on December 13, 2019. (ECFs 55, 56.)

Less than two months ago, on January 30, 2020, defendants Board of Education of Cabell County and Todd Alexander filed their first answers in the case—answers to the amended complaint. Defendant West Virginia Superintendent has not yet filed an answer in this case, including to the amended complaint.

Given the nascent stage of the parties' activities in this case, granting Durstein leave to file the proposed Supplemental Complaint cannot prejudice any of the defendants.

Respectfully submitted,

/s Michael S. Bailey
Michael S. Bailey (W.Va. Bar No. 8507)
BAILEY LEGAL SERVICES PLLC
642 Main Street, Suite 201
P.O. Box 347
Barboursville, WV  25504
Tel:  304.736.0801
Fax:  304.736.0805
Email:  mbailey@baileylegalservices.com

*Counsel for Mary Durstein*

/s David Marburger
David Marburger
MARBURGER LAW LLC
14700 Detroit Avenue, Suite One
St. Charles Court
Cleveland, OH  44107
Tel:  216.930.0500
Email:  david@marburger-law.com

*Of Counsel for Mary Durstein*

CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Mary Durstein, served the foregoing *Memorandum in support of motion for leave to file a supplemental complaint* by electronically filing a copy of the same with the Clerk of the Court using the CM/ECF system on this 17th day of March, 2020 to:

Kelli D. Talbott
Senior Deputy Attorney General
Office of the W. Virginia Attorney General
812 Quarrier Street, Second Floor
Charleston, W. Virginia 25301
Tel: 304.557.8989
Fax: 304.558.4509
Email: kelli.d.talbott@wvago.gov

*Counsel for State Superintendent of Schools, W. Virginia Dept. of Education*

Perry W. Oxley
David E. Rich
Eric D. Salyers
Oxley Rich Sammons
517 9th Street, P.O. Box 1704
Huntington, W. Virginia 25718-1704
Tel: 304.522.1138
Fax: 304.522.9528
Email: poxley@oxleylawwv.com
Email: drich@oxleylawwv.com
Email: esalyers@oxleylawwv.com

*Counsel for Todd Alexander & Cabell County Board of Education*

/s David Marburger
David Marburger