IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

          Plaintiff,

v.                                  CIVIL ACTION NO.  3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

          Defendants.

### ORDER

In response to the parties' Rule 26(f) Report (ECF No. 70), the Court **ORDERS** Defendants to file any opposition to Plaintiff's Motion for Leave to File Supplemental Complaint (ECF No. 68) by **March 31, 2020**. Plaintiff may then file a reply by **April 14, 2020**. The Court will address further scheduling once it has ruled on Plaintiff's Motion for Leave. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                    ENTER:        March 23, 2020

                    ROBERT C. CHAMBERS
                    UNITED STATES DISTRICT JUDGE