IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

           Plaintiff,

v.                              CIVIL ACTION NO.   3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

           Defendants.

### ORDER

For good cause shown, the Court **GRANTS** plaintiff Mary Durstein's Motion for Leave to File Her Reply, ECF No. 91, and accepts her Reply for consideration. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

ENTER:     July 8, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE