IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

        Plaintiff,

v.                       CIVIL ACTION NO. 3:19-0029

TODD ALEXANDER,
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS, and
STATE SUPERINTENDENT OF SCHOOLS, West Virginia Dept.
of Education,

        Defendants.

**ORDER**

The Court **GRANTS** the Motion to Adopt Stipulated Scheduled Re: Plaintiff's Supplemental Complaint (ECF No. 95). ECF No. 96. Defendant State Superintendent of Schools shall file his Motion to Dismiss on or before **September 14, 2020**; Plaintiff shall file her response to the Motion to Dismiss on or before **October 5, 2020**; and the State Superintendent of Schools shall file his reply on or before **October 16, 2020.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:      August 25, 2020

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE