**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MARY DURSTEIN,

        Plaintiff,

v.                                      CIVIL ACTION NO.  3:19-0029

TODD ALEXANDER,
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS, and
STATE SUPERINTENDENT OF SCHOOLS, West Virginia Dept.
of Education,

        Defendants.

**ORDER**

Pending is Defendant West Virginia State Superintendent of School's unopposed Motion to Adopt Revised Stipulated Schedule Re: Plaintiff's Supplemental Complaint (ECF No. 95). ECF No. 100. The Court **GRANTS** the Motion. The State Superintendent's Motion to Dismiss is now due on or before **September 21, 2020**; Plaintiff's response thereto shall be filed on or before **October 13, 2020**; the State Superintendent's reply shall be filed on or before **October 23, 2020.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:        September 11, 2020

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE