IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

          Plaintiff,

v.                                      CIVIL ACTION NO. 3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

          Defendants.

## ORDER

Pending before the Court is Plaintiff Mary Durstein's Motion for Order to Direct Clerk to File Previously-Filed Exhibits as Part of the Court-Authorized Supplemental Complaint (ECF No. 140). The motion is **GRANTED**.

The Court **DIRECTS** the Clerk's Office to file the 12 exhibits attached to Plaintiff's Proposed Supplemental Complaint (currently docketed at ECF Nos. 76-2 through 76-13) as exhibits to her Supplemental Complaint (ECF No. 95).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                      ENTER:      July 28, 2021

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE