IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

        Plaintiff,

v.                                        CIVIL ACTION NO.  3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

        Defendants.

**ORDER**

    Plaintiff has filed her "Supplement to Oral Argument." ECF No. 239. Plaintiff has not sought any leave to file this memorandum. It is post oral argument and extensive briefing by both sides. Moreover, it is an older case which Plaintiff had reason to be aware of and could have referenced in her original briefing. For these reasons, the Court **ORDERS** that it be stricken from the docket.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                            ENTER:     August 22, 2022

                            ROBERT C. CHAMBERS
                            UNITED STATES DISTRICT JUDGE