IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARY DURSTEIN,

           Plaintiff,

v.                                            CIVIL ACTION NO.   3:19-0029

TODD ALEXANDER and
BOARD OF EDUCATION, CABELL COUNTY SCHOOLS,

           Defendants.

**ORDER**

For the reasons stated on the record, the Court **DENIES** Plaintiff's claim for damages stemming from her lost earning capacity and **PRECLUDES** Plaintiff from offering related evidence concerning her discharge from Ironton City Schools, including but not limited to: evidence concerning the Ironton City School Board's hearing on Plaintiff's continued employment, usage of witnesses from the hearing or the Board, and the second revised expert opinion of George Barrett, MBA. Pursuant to this order, Plaintiff's Motions concerning this evidence (ECF Nos. 250 & 251) are **DENIED** as moot.

Therefore, the Court **ADOPTS** the proposed integrated pretrial order (ECF No. 248), with the understanding that portions of that proposed order are no longer applicable due to the above denial of Plaintiff's claim for damages.

Furthermore, as Defendants have stated their intention to not call Ms. Saundra Schuster as an expert witness at trial, the Court **DENIES** Plaintiff's Motion to Strike Expert Report of Sandra [sic] Schuster (ECF No. 232) as moot.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: September 19, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE