IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**MARY DURSTEIN,**

                Plaintiff,          No. 3:19-cv-0029

                vs.

**TODD ALEXANDER,** *et al.*

                Defendants.

**ORDER**

Plaintiff Mary Durstein and defendant Todd Alexander have moved jointly for an order dismissing count 3 of the amended complaint (ECF 20) with prejudice. The Court hereby grants the joint motion and hereby dismisses count 3 with prejudice. It is so ORDERED.

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTERED: 12/5/22

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE